# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

JOHN HENRY HARRIS,

      Plaintiff,

vs.                                                   Case No. 11-1146-SAC

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

## JUDGMENT IN A CIVIL CASE

This action came on for decision by the court. The issues have been considered and a decision has been rendered. IT IS ORDERED AND ADJUDGED that pursuant to the Memorandum and Order (Dk. 16) filed June 5, 2012, the judgment of the Commissioner is reversed and remanded pursuant to sentence four of 42 U.S.C. §405(g) for further proceedings consistent with this Memorandum and Order.

Dated: June 5, 2012                 TIMOTHY M. O'BRIEN, CLERK

                                      By   s/ Brenda M. Wessel
                                                  Deputy Clerk